Ex parte Rafael Atiles Moreu, peticionario.—Admisión al ejercicio de la abogacía. Abr. 9, 1926.

Por cuanto el once de marzo último esta corte dictó una resolución que dice: "No apareciendo de la prueba presentada que el trabajo hecho como abogado por el peticionario comprenda el período de dos años como requiere la ley, no ha lugar a admitirlo sin examen al ejercicio de su profesión de abogado."

Por cuanto el diez y siete del propio mes de marzo considerando el tribunal la nueva solicitud y los nuevos documentos presentados por el peticionario, decidió que: "No demostrando la nueva solicitud del peticionario y la prueba acompañada que el dicho peticionario practicara activamente durante el año 1924, visto el caso *Ex parte Díaz Collazo,* 20 D.P.R. 448, no ha lugar," y

Por cuanto los nuevos documentos archivados por el peticionario sólo revelan, liberalmente apreciados, un *ejercicio activo* por parte del peticionario de la profesión de abogado en la Corte Federal a partir de diciembre de 1924.

Por tanto, ratificando las resoluciones anteriores, se declara no haber lugar a admitir al peticionario al ejercicio de su profesión de abogado sin examen. El Juez Asociado Sr. Wolf disintió.